## 18866. RUSSOM v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the denial of the motion for a new trial, based upon the usual general grounds, was not error.

Judgment affirmed. *Luke and Bloodworth, JJ., concur.*
DECIDED JUNE 12, 1928.

*J. H. Dorsey,* for plaintiff in error.
*T. Hoyt Davis, solicitor-general,* contra.